IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN A. GLAVIN,

     Petitioner,                       JUDGMENT IN A CIVIL CASE

v.                                   Case Nos. 10-mc-7-slc

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,
and WILLIAM CUNNINGHAM,
Special Agent,

     Respondents.

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting respondents' motion to dismiss and denying

petitioner's motion to quash the administrative summons issued by the Internal

Revenue Service.


_Peter Oppeneer_             _6/7/10_
Peter Oppeneer, Clerk of Court         Date